UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY TAYLOR,<br><br>              Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>              Defendants. | No. 1:20-cv-00225-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION<br><br>(Docs. 3, 7) |

Plaintiff James Ray Taylor is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2020, the assigned magistrate judge filed findings and recommendations, recommending that Plaintiff's motion for a temporary restraining order and/or a preliminary injunction (Doc. 3) be denied. (Doc. 7.) The magistrate judge found that Plaintiff's motion is moot in light of Plaintiff's transfer to a different prison. (*Id.* at 3.) The judge further found that Plaintiff does not demonstrate a specific threat of harm. (*Id.* at 3-4.) The findings and recommendations were served on Plaintiff and provided him 14 days to file objections thereto. (*Id.* at 4.) Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations filed on February 24, 2020 (Doc. 7) are ADOPTED in full;
2. Plaintiff's motion for a temporary restraining order and/or a preliminary injunction (Doc. 3) is DENIED.

IT IS SO ORDERED.

Dated: __April 30, 2020__                              _____
                                                              SENIOR DISTRICT JUDGE